694 A.2d 1099

**William H. URBAN, Jr., Petitioner,**

**v.**

**RADICE CORPORATION, a Corporation; Radice Office Building One, Inc., a Corporation**

**v.**

**Robert COLOSIMO d/b/a Public Parking of Pittsburgh Company, Respondent.**

Supreme Court of Pennsylvania.

July 3, 1997.

**ORDER**

PER CURIAM:

AND NOW, this 3rd day of July, 1997, we **GRANT** the Petition for Allowance of Appeal limited to the issue of whether the trial court erred by instructing the jury to apply the 'hills and ridges' doctrine.